NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ELAINE DAMIANAKIS, as Personal )
Representative of the Estate of Nikitas )
Damianakis, )
)
      Appellant, )
)
v. )     Case No. 2D16-3367
)
PHILIP MORRIS USA, INC.; AMERICAN )
TOBACCO COMPANY; PATRICIA A. )
BALISTRERI; BROOKE GROUP )
HOLDING INC.; BROOKE GROUP LTD., )
INC.; BROWN AND WILLIAMSON )
TOBACCO CORPORATION; JAMES N. )
CONLIN; HAROLD W. JONES; GEORGIA )
A. KELLY; MICHAEL L. KELLY; LIGGETT )
AND MYERS TOBACCO COMPANY; )
LIGGETT GROUP, INC.; LIGGETT )
GROUP LLC; VECTOR GROUP, LTD., )
)
      Appellees. )
_____ )

Opinion filed March 9, 2018.

Appeal from the Circuit Court for Pinellas
County; Thomas H. Minkoff, Judge.

Michael J. Park of Park, Ossian, Barnaky
& Park, P.A., Clearwater, for Appellant.

Daniel F. Molony, Terri L. Parker, and
Razvan Axente of Shook Hardy & Bacon
L.L.P., Tampa; Geoffrey J. Michael of
Arnold & Porter Kaye Scholer LLP,

Washington, D.C., for Appellee Philip Morris USA, Inc.

No appearance for remaining Appellees.

PER CURIAM.

Affirmed.

MORRIS, LUCAS, and SALARIO, JJ., Concur.